No. 99–8141. SPAIN v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied. 

No. 99–8163. DERDEN v. HARGETT ET AL. C. A. 5th Cir. Certiorari denied. 

No. 99–8193. GREEN v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 99–8195. DOBY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8197. HARRIMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8225. WESTFALL v. UNDERWOOD, GOVERNOR OF WEST VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 99–8237. JORDAN v. HAUNANI-HENRY, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 99–8272. WABASHA v. WEBER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 99–8274. BROADES v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 99–8277. WILLIAMS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied. 

No. 99–8291. STEWART v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8297. CLAYTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 99–8298. ATRAQCHI ET UX. v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.